1  McGREGOR W. SCOTT
   United States Attorney
2  MARK E. CULLERS
   LAUREL J. MONTOYA
3  Assistant U.S. Attorney
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California  93721
5  Telephone:  (559) 497-4000

**FILED**

JUL 1 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,  ) | 01:08-cr-00224-LJO |
| 11 | Plaintiff,  ) | |
| 12 | v.  ) | NOTICE OF RELATED CASES |
| 13 | ROBERT C. HOLLOWAY,  ) | |
| | BRENT F. HOLLOWAY,  ) | |
| 14 | ALFREDO F. RINCON,  ) | |
| | MICHAEL J. OROZCO,  ) | |
| 15 | JOSEPH S. TYLER,  ) | |
| | REYNALDO W. SOTELO,  ) | |
| 16 | FREDRICK A. NOREBERG, and  ) | |
| | RAY M. HEFFINGTON,  ) | |
| 17 | ) | |
| | Defendants.  ) | |
| 18 | ) | |
| 19 | _____ ) | |
| 20 | UNITED STATES OF AMERICA,  ) | 1:08-cr-00220-OWW |
| 21 | Plaintiff,  ) | |
| 22 | v.  ) | |
| 23 | RAUL DELEON,  ) | |
| 24 | Defendant.  ) | |
| 25 | _____ ) | |

26  //

27  //

28  //

1

1  UNITED STATES OF AMERICA,     )     1:08-cr-00222-LJO
                                 )
2               Plaintiff,       )
                                 )
3      v.                        )
                                 )
4  STEVEN J. JOHNSON,            )
                                 )
5               Defendant.       )
                                 )
6  _____)

7  UNITED STATES OF AMERICA,     )     1:08-cr-00219-AWI
                                 )
8               Plaintiff,       )
                                 )
9      v.                        )
                                 )
10 DAVID A. SWANSON,             )
                                 )
11              Defendant.       )
                                 )
12 _____)

13 UNITED STATES OF AMERICA,     )     1:08-cr-00221-AWI
                                 )
14              Plaintiff,       )
                                 )
15     v.                        )
                                 )
16 DANIEL DAVID MARTELL,         )
                                 )
17              Defendant.       )
                                 )
18 _____)

19 UNITED STATES OF AMERICA,     )     1:08-cr-00223-OWW
                                 )
20              Plaintiff,       )
                                 )
21     v.                        )
                                 )
22 JOHN ROGER BIRD,              )
                                 )
23              Defendant.       )
                                 )
24 _____)

25      Pursuant to Rule 83-123 of the Local Rules of the United States
26 District Court for the Eastern District of California, the United
27 States of America, by and through its undersigned attorneys of
28 record, McGregor W. Scott, United States Attorney for the Eastern

2

1 │ District of California, Mark E. Cullers, and Laurel J. Montoya,

2 │ Assistant U.S. Attorneys, hereby give notices that the above-

3 │ captioned cases are related and request assignment to a single

4 │ judge.

5 │ The above-captioned cases involve crimes arising from a single

6 │ investigation.  Further, the above-captioned cases are related in

7 │ that the cases involve the same factual and legal issues because

8 │ Judge Oliver W. Wanger approved the T-III wire tap as well as the

9 │ search warrants served during the course of the investigation.

10 │ Since United States v. Raul DeLeon, 1:08-cr-00220-OWW, and

11 │ United States v. John Roger Bird, 1:08-cr-00223-OWW were assigned to

12 │ Judge Oliver W. Wanger, the United States hereby requests that the

13 │ remaining above-captioned matters also be assigned to Judge Oliver

14 │ W. Wanger.

15 │ For the foregoing reasons, since the above-captioned cases

16 │ involve the same investigation, and the approval of the T-III and

17 │ search warrants were done by Judge Wanger, their assignment to a

18 │ single judge will avoid a substantial duplication of labor, will

19 │ serve the ends of judicial economy and will likely effect a

20 │ substantial savings of judicial effort.  See Local Rule 83-

21 │ 123(a)(4).  The Government respectfully requests that the Clerk of

22 │ the District Court notify the Judge of the related nature of these

23 │ //

24 │ //

25 │ //

26 │ //

27 │ //

28 │ //

3

1   cases for the purpose of assignment to the above-referenced single

2   Judge.

3   Dated: July 16, 2008                    Respectfully Submitted,

4                                           McGREGOR W. SCOTT
                                            United States Attorney
5

6                                           By    /s/ Laurel J. Montoya
                                            LAUREL J. MONTOYA
7                                           Assistant U.S. Attorney

8

9                           O R D E R

10       IT IS HEREBY ORDERED that the cases of United States v. Robert

11  C. Holloway et al.,1:08-cr-00224-LJO, United States v. Steven J.

12  Johnson, 1:08-cr-00222-LJO, United States v. Daniel David Martell,

13  1:08-cr-00221-AWI, and United States v. David A. Swanson, 1:08-cr-

14  00219-AWI, be assigned to Judge Oliver W. Wanger

15  Dated:    7-16-08
                                            _____
16                                          OLIVER W. WANGER
                                            U.S. District Judge

17  APPROVED.

18  DATED:  July 16, 2008.

19

20                                          _____
21                                          ANTHONY W. ISHII
                                            U.S. Chief Judge
22                                          Eastern District of California

23

24

25

26

27

28

                                    4