ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
DANIEL DAVID MARTELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-08-0221 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE AND ORDER THEREIN |
| vs. | ) |
| DANIEL DAVID MARTELL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, DANIEL DAVID MARTELL, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kevin P. Rooney, that the Trial Confirmation and Motions Hearing now set for Monday, November 10, 2008 at 9:00 a.m. be continued to Monday, December 15, 2008 at 9:00 a.m.

It is further agreed that the Trial date of November 18, 2008 be vacated and a new Trial date of Wednesday, January 21, 2009 be scheduled.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.  Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not

PDF created with pdfFactory trial version www.pdffactory.com

limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  November 5, 2008

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
DANIEL DAVID MARTELL

Dated:  November 5, 2008

    /s/ Kevin P. Rooney
Kevin P. Rooney,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Trial Confirmation and Motions Hearing now set for Monday, November 10, 2008 is continued to Monday, December 15, 2008 at 9:00 a.m.   In addition the Trial date of November 18 is now vacated and a new Trial date has scheduled for Wednesday, January 21, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

Dated:  November 6, 2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com