ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
DANIEL DAVID MARTELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DANIEL DAVID MARTELL,<br>Defendant. | Case No.: CR-F-08-0221 OWW<br><br>REQUEST TO EXONERATE PROPERTY BOND WITH PROPOSED ORDER |

Defendant, DANIEL DAVID MARTELL, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deeds returned to Dale and Sarah Martell and Daniel David Martell, respectively.

1. Dale Martell and Sarah Martell, as Husband and Wife
[redacted]
Turlock, CA 95380
Tax parcel #[redacted]

Deed No. 2008-0124390-00 – Docket #44

PDF created with pdfFactory trial version www.pdffactory.com

    2. Daniel David Martell, A Single Man
[redacted]
Modesto, CA 95351
Tax parcel #[redacted]

Deed No. 2008-0124389-00 – Docket #45

This request is based upon the fact that the Defendant, DANIEL DAVID MARTELL, surrendered to the custody of the Bureau of Prisons in Lompoc, California, on September 24, 2009.

Respectfully submitted,

Dated: October 16, 2009

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
DANIEL DAVID MARTELL

**ORDER**

IT IS HEREBY ORDERED that the bond posted in the above entitled matter be exonerated and returned accordingly.

Dated: November 18, 2009

It is so ordered,

/s/ OLIVER W. WANGER
Hon. OLIVER W. WANGER,
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com